■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT MORENO, Appellant. [840 NYS2d 916]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 7, 2005 (*People v Moreno,* 16 AD3d 438 [2005]), affirming a judgment of the Supreme Court, Kings County, rendered September 6, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Rivera, J.P., Florio, Skelos and McCarthy, JJ., concur.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO PASSALACQUA, Appellant. [840 NYS2d 915]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered August 23, 2004, convicting him of petit larceny, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the sentencing court failed to conduct a hearing to determine the amount of restitution and the defendant's ability to pay are unpreserved for appellate review (*see People v Taylor,* 245 AD2d 398 [1997]; *People v Ali,* 233 AD2d 517 [1996]; *People v Lugo,* 191 AD2d 648 [1993]). Schmidt, J.P., Krausman, Goldstein, Covello and Angiolillo, JJ., concur.